Opinion by OLIVER, P. J.  At the trial no testimony was submitted by either of the parties, it being agreed that the merchandise consists of pieces of ferrocerium the same as the articles the subject of *Davies Turner & Co.* v. *United States* (13 Cust. Ct. 190, C. D. 893), except for size.  In accordance therewith it was held that the merchandise is ferrocerium, dutiable at $2 per pound and 25 percent ad valorem under paragraph 302 (q), as claimed.

**No. 50922.**—Protest 116063–K of Fred Leighton doing business as Fred Leighton Mexican Imports (New York).

Opinion by OLIVER, P. J.  The case was submitted for decision on the record made, including the sample and a stipulation.  In view of the stipulation that the merchandise consists of "beads permanently strung in the form of necklaces," the claim for classification as manufactures of palm leaf under paragraph 1537 (a) was overruled, since both the provisions for beads and articles made of beads are more specific (*United States* v. *Emrich & Schorsch*, 13 Ct. Cust. Appls. 199, T. D. 41053).  Further, in view of the stipulation that the merchandise consists of "beads permanently strung in the form of necklaces by means of cotton thread," and the proviso of paragraph 1503 that the rates of duty on beads therein "shall be applicable whether such * * * beads are strung or loose," the court was of the opinion that the classification by the collector as articles composed wholly or in chief value of beads was erroneous.  The merchandise was therefore held properly dutiable at 35 percent under paragraph 1503 as beads, not specially provided for.  (*Theo. L. Stern & Co. (Inc.)* v. *United States*, 20 C. C. P. A. 423, T. D. 46260, cited.)

**No. 50923.**—Protests 14520–K, etc., of Walter Hoffman et al. (New York).

Opinion by MOLLISON, J.  It was stipulated that certain items of the merchandise consist of goatskins similar in all material respects to those the subject of *United States* v. *Winograd Bros., Inc.* (32 C. C. P. A. 153, C. A. D. 302).  In accordance therewith the claim for free entry under paragraph 1681 was sustained.

**No. 50924.**—Protest 483809–G of Sack & Bernstein, Inc. (New York).

Opinion by MOLLISON, J.  It was stipulated that certain items of the merchandise consist of goatskins similar in all material respects to those the subject of *United States* v. *Winograd Bros., Inc.* (32 C. C. P. A. 153, C. A. D. 302).  In accordance therewith the claim for free entry under paragraph 1681 was sustained.

**No. 50925.**—Protest 23380–K of Louis M. Vordemberge (Baltimore).